# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| MICHAEL P. ANSELMO,<br>Petitioner,<br>vs.<br>CONNIE S. BISBEE, CHAIRMAN;<br>SUSAN JACKSON; TONY CORDA;<br>MICHAEL KEELER,<br>COMMISSIONERS; AND THE NEVADA<br>BOARD OF PAROLE<br>COMMISSIONERS,<br>Respondents. | No. 78576<br><br>**FILED**<br><br>JAN 06 2020<br>ELIZABETH A. BROWN<br>CLERK OF SUPREME COURT<br>BY_____<br>DEPUTY CLERK |

## *ORDER DISMISSING PETITION FOR WRIT OF MANDAMUS*

On November 14, 2019, we directed petitioner to show cause why this writ petition should not be dismissed as moot, as it appeared that petitioner had been released from prison. *See Univ. & Cmty. Coll. Sys. of Nev. v. Nevadans for Sound Gov't*, 120 Nev. 712, 720, 100 P.3d 179, 186 (2004) (recognizing that events subsequent to the district court's decision can render a matter moot). In response, petitioner agreed that this petition is moot and could be dismissed. Therefore, we dismiss this petition.

It is so ORDERED.

_____, J.
Parraguirre

_____, J.
Hardesty

_____, J.
Cadish

cc:     Attorney General/Carson City
        Brownstein Hyatt Farber Schreck, LLP/Las Vegas

20-00618